# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

139256

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

CARL ANTHONY FULBRIGHT,
    Defendant-Appellant.

SC: 139256
COA: 285176
Oakland CC: 2007-216756-FH

_____/

On order of the Court, the application for leave to appeal the May 26, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

*Corbin R. Davis*
Clerk

0921